IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 3 2010

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| W. CLARKSON MCDOW, JR., UNITED STATES TRUSTEE FOR REGION FOUR,<br><br>     Appellant,<br>v.<br><br>DAVID D. DUDLEY & ANN M. DUDLEY,<br><br>     Appellees. | Civil Action No.: 7:10-cv-00416-sgw<br><br>Bankruptcy Case No. 08-71561-RKR |

### ORDER AUTHORIZING WITHDRAWAL FROM REPRESENTATION AND SUBSTITUTING ANDREW S. GOLDSTEIN AND GARREN R. LAYMON AS COUNSEL OF RECORD FOR THE APPELLEES

The matter before the Court is the Motion to Withdraw as Counsel and Approve Substitution of Andrew S. Goldstein and Garren R. Laymon as Counsel of Record for the Appellees (the "Motion") filed by W. Joel Charboneau (the "Movant"). Having reviewed the Motion, it is accordingly

ORDERED

that the Movant shall be authorized to withdraw as counsel for David and Anne Dudley effective December 2, 2010. It is further

ORDERED

that Andrew S. Goldstein and Garren R. Laymon shall be substituted as counsel of record David and Anne Dudley.

The Clerk is directed to send electronic notification of entry of this Order to all registered users of the CM/ECF system that have filed appearances in this case and Andrew S. Goldstein shall serve copies on David and Anne Dudley.

12/3/10

_____
UNITED STATES DISTRICT COURT JUDGE

REQUESTED:

William J. Charboneau

By: /s/ W. Joel Charboneau
W. Joel Charboneau, Esq. (VSB#68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: 540-343-9800
Facsimile: 540-343-9898
Electronic Mail: jcharboneau@mglspc.com

Andrew S. Goldstein

By: /s/ Andrew S. Goldstein
Andrew S. Goldstein, Esq. (VSB#28421)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: 540-343-9800
Facsimile: 540-343-9898
Electronic Mail: agoldstein@mglspc.com

Garren R. Laymon

By: /s/ Garren R. Laymon
Garren R. Laymon, Esq. (VSB#75112)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: 540-343-9800
Facsimile: 540-343-9898
Electronic Mail: glaymon@mglspc.com

United States Trustee

By: /s/ Joseph A. Guzinski
Joseph A. Guzinski
Assistant United States Trustee
115 South Union Street
Room 210
Alexandria, VA  22314
(703) 557-7274
Fax: (703) 557-7279
Email: joseph.a.guzinski@usdoj.gov
*Counsel for the U.S. Trustee*

U:\A CLIENTS\Dudley, David V. & Anne M. 8493\2d District Court Appeal\Order to Withdraw as Counsel Final.doc